# EXHIBIT "3"

Government Employees Insurance Co., et al v. Jean-Pierre Barakat, M.D., et al.
**Exhibit "3" Representative Sample of JPB Todt Hill Medical Care, P.C. Fraudulent Claims**

| RICO Event | Provider Name | Claim Number | Document Mailed | Approximate Date of Mailing | Service Provided Date | CPT Code | Description of Service | Charge |
|---|---|---|---|---|---|---|---|---|
| 1 | JPB Todt Hill Medical Care, P.C. | 0323423390000004 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/9/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 2 | JPB Todt Hill Medical Care, P.C. | 0323423390000004 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/9/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 3 | JPB Todt Hill Medical Care, P.C. | 0323423390000004 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/9/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 4 | JPB Todt Hill Medical Care, P.C. | 0276029260101032 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/10/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 5 | JPB Todt Hill Medical Care, P.C. | 0276029260101032 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/10/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 6 | JPB Todt Hill Medical Care, P.C. | 0276029260101032 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/10/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 7 | JPB Todt Hill Medical Care, P.C. | 0276029260101032 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/10/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 8 | JPB Todt Hill Medical Care, P.C. | 0102078440101016 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/8/2022 | 99241 | Office consultation new/estab patient 15 min | $152.88 |
| 9 | JPB Todt Hill Medical Care, P.C. | 0102078440101016 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/8/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 10 | JPB Todt Hill Medical Care, P.C. | 0102078440101016 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/8/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 11 | JPB Todt Hill Medical Care, P.C. | 0102078440101016 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/8/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 12 | JPB Todt Hill Medical Care, P.C. | 0102078440101016 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/8/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 13 | JPB Todt Hill Medical Care, P.C. | 0102078440101016 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/8/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 14 | JPB Todt Hill Medical Care, P.C. | 0102078440101016 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/8/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 15 | JPB Todt Hill Medical Care, P.C. | 0102078440101016 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/8/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 16 | JPB Todt Hill Medical Care, P.C. | 0239893930101277 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/8/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 17 | JPB Todt Hill Medical Care, P.C. | 0239893930101277 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/8/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 18 | JPB Todt Hill Medical Care, P.C. | 0239893930101277 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/8/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 19 | JPB Todt Hill Medical Care, P.C. | 0461983180101017 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/9/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 20 | JPB Todt Hill Medical Care, P.C. | 0461983180101017 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/9/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 21 | JPB Todt Hill Medical Care, P.C. | 0461983180101017 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/9/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 22 | JPB Todt Hill Medical Care, P.C. | 0804266910000001 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/9/2022 | 99241 | Office consultation new/estab patient 15 min | $152.88 |
| 23 | JPB Todt Hill Medical Care, P.C. | 0804266910000001 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/9/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 24 | JPB Todt Hill Medical Care, P.C. | 0804266910000001 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/9/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 25 | JPB Todt Hill Medical Care, P.C. | 0676735790000001 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/9/2022 | 99241 | Office consultation new/estab patient 15 min | $152.88 |
| 26 | JPB Todt Hill Medical Care, P.C. | 0676735790000001 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/9/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 27 | JPB Todt Hill Medical Care, P.C. | 0676735790000001 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/9/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 28 | JPB Todt Hill Medical Care, P.C. | 0102078440101016 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/15/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 29 | JPB Todt Hill Medical Care, P.C. | 0102078440101016 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/15/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 30 | JPB Todt Hill Medical Care, P.C. | 0102078440101016 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/15/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 31 | JPB Todt Hill Medical Care, P.C. | 0102078440101016 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/15/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 32 | JPB Todt Hill Medical Care, P.C. | 0435139090101136 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/8/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 33 | JPB Todt Hill Medical Care, P.C. | 0435139090101136 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/8/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 34 | JPB Todt Hill Medical Care, P.C. | 0435139090101136 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/8/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 35 | JPB Todt Hill Medical Care, P.C. | 0999490990000002 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/15/2022 | 99241 | Office consultation new/estab patient 15 min | $152.88 |
| 36 | JPB Todt Hill Medical Care, P.C. | 0999490990000002 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/15/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 37 | JPB Todt Hill Medical Care, P.C. | 0999490990000002 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/15/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 38 | JPB Todt Hill Medical Care, P.C. | 0999490990000002 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/15/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 39 | JPB Todt Hill Medical Care, P.C. | 0323423390000004 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/16/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 40 | JPB Todt Hill Medical Care, P.C. | 0323423390000004 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/16/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 41 | JPB Todt Hill Medical Care, P.C. | 0323423390000004 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/16/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 42 | JPB Todt Hill Medical Care, P.C. | 0296005960101072 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/16/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |

Government Employees Insurance Co., et al v. Jean-Pierre Barakat, M.D., et al.
**Exhibit "3" Representative Sample of JPB Todt Hill Medical Care, P.C. Fraudulent Claims**

| RICO Event | Provider Name | Claim Number | Document Mailed | Approximate Date of Mailing | Service Provided Date | CPT Code | Description of Service | Charge |
|---|---|---|---|---|---|---|---|---|
| 43 | JPB Todt Hill Medical Care, P.C. | 0296005960101072 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/16/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 44 | JPB Todt Hill Medical Care, P.C. | 0296005960101072 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/16/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 45 | JPB Todt Hill Medical Care, P.C. | 0102078440101016 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/15/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 46 | JPB Todt Hill Medical Care, P.C. | 0102078440101016 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/15/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 47 | JPB Todt Hill Medical Care, P.C. | 0102078440101016 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/15/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 48 | JPB Todt Hill Medical Care, P.C. | 0102078440101016 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/15/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 49 | JPB Todt Hill Medical Care, P.C. | 0403372300101026 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/16/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 50 | JPB Todt Hill Medical Care, P.C. | 0403372300101026 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/16/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 51 | JPB Todt Hill Medical Care, P.C. | 0403372300101026 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/16/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 52 | JPB Todt Hill Medical Care, P.C. | 0403372300101026 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/16/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 53 | JPB Todt Hill Medical Care, P.C. | 0102078440101016 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/15/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 54 | JPB Todt Hill Medical Care, P.C. | 0102078440101016 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/15/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 55 | JPB Todt Hill Medical Care, P.C. | 0102078440101016 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/15/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 56 | JPB Todt Hill Medical Care, P.C. | 0102078440101016 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/15/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 57 | JPB Todt Hill Medical Care, P.C. | 0655402630000001 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/8/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 58 | JPB Todt Hill Medical Care, P.C. | 0655402630000001 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/8/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 59 | JPB Todt Hill Medical Care, P.C. | 0461983180101017 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/16/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 60 | JPB Todt Hill Medical Care, P.C. | 0461983180101017 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/16/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 61 | JPB Todt Hill Medical Care, P.C. | 0461983180101017 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/16/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 62 | JPB Todt Hill Medical Care, P.C. | 0461983180101017 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/16/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 63 | JPB Todt Hill Medical Care, P.C. | 0804266910000001 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/16/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 64 | JPB Todt Hill Medical Care, P.C. | 0804266910000001 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/16/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 65 | JPB Todt Hill Medical Care, P.C. | 0804266910000001 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/16/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 66 | JPB Todt Hill Medical Care, P.C. | 0676735790000001 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/16/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 67 | JPB Todt Hill Medical Care, P.C. | 0676735790000001 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/16/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 68 | JPB Todt Hill Medical Care, P.C. | 0676735790000001 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/16/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 69 | JPB Todt Hill Medical Care, P.C. | 0676735790000001 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/16/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 70 | JPB Todt Hill Medical Care, P.C. | 8719936860000001 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/16/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 71 | JPB Todt Hill Medical Care, P.C. | 8719936860000001 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/16/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 72 | JPB Todt Hill Medical Care, P.C. | 8719936860000001 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/16/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 73 | JPB Todt Hill Medical Care, P.C. | 0678807450000001 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/10/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 74 | JPB Todt Hill Medical Care, P.C. | 0678807450000001 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/10/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 75 | JPB Todt Hill Medical Care, P.C. | 0678807450000001 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/10/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 76 | JPB Todt Hill Medical Care, P.C. | 0678807450000001 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/10/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 77 | JPB Todt Hill Medical Care, P.C. | 0678807450000001 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/10/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 78 | JPB Todt Hill Medical Care, P.C. | 0678807450000001 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/10/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 79 | JPB Todt Hill Medical Care, P.C. | 0340378500000001 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/15/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 80 | JPB Todt Hill Medical Care, P.C. | 0340378500000001 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/15/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 81 | JPB Todt Hill Medical Care, P.C. | 0340378500000001 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/15/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 82 | JPB Todt Hill Medical Care, P.C. | 8703197290000001 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/16/2022 | 99241 | Office consultation new/estab patient 15 min | $152.88 |
| 83 | JPB Todt Hill Medical Care, P.C. | 8703197290000001 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/16/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 84 | JPB Todt Hill Medical Care, P.C. | 8703197290000001 | NF-3 Bill Form / HCFA 1500 Form | 4/14/2022 | 3/16/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |

Government Employees Insurance Co., et al v. Jean-Pierre Barakat, M.D., et al.
**Exhibit "3" Representative Sample of JPB Todt Hill Medical Care, P.C. Fraudulent Claims**

| RICO Event | Provider Name | Claim Number | Document Mailed | Approximate Date of Mailing | Service Provided Date | CPT Code | Description of Service | Charge |
|---|---|---|---|---|---|---|---|---|
| 85 | JPB Todt Hill Medical Care, P.C. | 0296005960101072 | NF-3 Bill Form / HCFA 1500 Form | 4/29/2022 | 3/23/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 86 | JPB Todt Hill Medical Care, P.C. | 0296005960101072 | NF-3 Bill Form / HCFA 1500 Form | 4/29/2022 | 3/23/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 87 | JPB Todt Hill Medical Care, P.C. | 0296005960101072 | NF-3 Bill Form / HCFA 1500 Form | 4/29/2022 | 3/23/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $350.20 |
| 88 | JPB Todt Hill Medical Care, P.C. | 0668870170000003 | NF-3 Bill Form / HCFA 1500 Form | 4/29/2022 | 3/23/2022 | 99241 | Office consultation new/estab patient 15 min | $152.88 |
| 89 | JPB Todt Hill Medical Care, P.C. | 0668870170000003 | NF-3 Bill Form / HCFA 1500 Form | 4/29/2022 | 3/23/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 90 | JPB Todt Hill Medical Care, P.C. | 0668870170000003 | NF-3 Bill Form / HCFA 1500 Form | 4/29/2022 | 3/23/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $350.20 |
| 91 | JPB Todt Hill Medical Care, P.C. | 0461983180101017 | NF-3 Bill Form / HCFA 1500 Form | 4/29/2022 | 3/23/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 92 | JPB Todt Hill Medical Care, P.C. | 0461983180101017 | NF-3 Bill Form / HCFA 1500 Form | 4/29/2022 | 3/23/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 93 | JPB Todt Hill Medical Care, P.C. | 0461983180101017 | NF-3 Bill Form / HCFA 1500 Form | 4/29/2022 | 3/23/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $350.20 |
| 94 | JPB Todt Hill Medical Care, P.C. | 8723948490000001 | NF-3 Bill Form / HCFA 1500 Form | 4/29/2022 | 3/23/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 95 | JPB Todt Hill Medical Care, P.C. | 8723948490000001 | NF-3 Bill Form / HCFA 1500 Form | 4/29/2022 | 3/23/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 96 | JPB Todt Hill Medical Care, P.C. | 8723948490000001 | NF-3 Bill Form / HCFA 1500 Form | 4/29/2022 | 3/23/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $350.20 |
| 97 | JPB Todt Hill Medical Care, P.C. | 0340750650101061 | NF-3 Bill Form / HCFA 1500 Form | 4/29/2022 | 3/23/2022 | 99241 | Office consultation new/estab patient 15 min | $152.88 |
| 98 | JPB Todt Hill Medical Care, P.C. | 0340750650101061 | NF-3 Bill Form / HCFA 1500 Form | 4/29/2022 | 3/23/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 99 | JPB Todt Hill Medical Care, P.C. | 0340750650101061 | NF-3 Bill Form / HCFA 1500 Form | 4/29/2022 | 3/23/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $350.20 |
| 100 | JPB Todt Hill Medical Care, P.C. | 0472551920101039 | NF-3 Bill Form / HCFA 1500 Form | 4/29/2022 | 3/23/2022 | 99241 | Office consultation new/estab patient 15 min | $152.88 |
| 101 | JPB Todt Hill Medical Care, P.C. | 0472551920101039 | NF-3 Bill Form / HCFA 1500 Form | 4/29/2022 | 3/23/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 102 | JPB Todt Hill Medical Care, P.C. | 0472551920101039 | NF-3 Bill Form / HCFA 1500 Form | 4/29/2022 | 3/23/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $350.20 |
| 103 | JPB Todt Hill Medical Care, P.C. | 8719936860000001 | NF-3 Bill Form / HCFA 1500 Form | 4/29/2022 | 3/23/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 104 | JPB Todt Hill Medical Care, P.C. | 8719936860000001 | NF-3 Bill Form / HCFA 1500 Form | 4/29/2022 | 3/23/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 105 | JPB Todt Hill Medical Care, P.C. | 8719936860000001 | NF-3 Bill Form / HCFA 1500 Form | 4/29/2022 | 3/23/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $350.20 |
| 106 | JPB Todt Hill Medical Care, P.C. | 8719936860000001 | NF-3 Bill Form / HCFA 1500 Form | 4/29/2022 | 3/23/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 107 | JPB Todt Hill Medical Care, P.C. | 8719936860000001 | NF-3 Bill Form / HCFA 1500 Form | 4/29/2022 | 3/23/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 108 | JPB Todt Hill Medical Care, P.C. | 0239893930101277 | NF-3 Bill Form / HCFA 1500 Form | 4/29/2022 | 3/22/2022 | 99241 | Office consultation new/estab patient 15 min | $152.88 |
| 109 | JPB Todt Hill Medical Care, P.C. | 0239893930101277 | NF-3 Bill Form / HCFA 1500 Form | 4/29/2022 | 3/22/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 110 | JPB Todt Hill Medical Care, P.C. | 0239893930101277 | NF-3 Bill Form / HCFA 1500 Form | 4/29/2022 | 3/22/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $350.20 |
| 111 | JPB Todt Hill Medical Care, P.C. | 0676735790000001 | NF-3 Bill Form / HCFA 1500 Form | 4/29/2022 | 3/23/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 112 | JPB Todt Hill Medical Care, P.C. | 0676735790000001 | NF-3 Bill Form / HCFA 1500 Form | 4/29/2022 | 3/23/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 113 | JPB Todt Hill Medical Care, P.C. | 0676735790000001 | NF-3 Bill Form / HCFA 1500 Form | 4/29/2022 | 3/23/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $350.20 |
| 114 | JPB Todt Hill Medical Care, P.C. | 0678807450000001 | NF-3 Bill Form / HCFA 1500 Form | 4/29/2022 | 3/24/2022 | 99241 | Office consultation new/estab patient 15 min | $152.88 |
| 115 | JPB Todt Hill Medical Care, P.C. | 0678807450000001 | NF-3 Bill Form / HCFA 1500 Form | 4/29/2022 | 3/24/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 116 | JPB Todt Hill Medical Care, P.C. | 0400083200000001 | NF-3 Bill Form / HCFA 1500 Form | 4/29/2022 | 3/23/2022 | 99241 | Office consultation new/estab patient 15 min | $152.88 |
| 117 | JPB Todt Hill Medical Care, P.C. | 0400083200000001 | NF-3 Bill Form / HCFA 1500 Form | 4/29/2022 | 3/23/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 118 | JPB Todt Hill Medical Care, P.C. | 0400083200000001 | NF-3 Bill Form / HCFA 1500 Form | 4/29/2022 | 3/23/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $350.20 |
| 119 | JPB Todt Hill Medical Care, P.C. | 0678807450000001 | NF-3 Bill Form / HCFA 1500 Form | 4/29/2022 | 3/24/2022 | 99241 | Office consultation new/estab patient 15 min | $152.88 |
| 120 | JPB Todt Hill Medical Care, P.C. | 0678807450000001 | NF-3 Bill Form / HCFA 1500 Form | 4/29/2022 | 3/24/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 121 | JPB Todt Hill Medical Care, P.C. | 8703197290000001 | NF-3 Bill Form / HCFA 1500 Form | 5/10/2022 | 4/20/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 122 | JPB Todt Hill Medical Care, P.C. | 8703197290000001 | NF-3 Bill Form / HCFA 1500 Form | 5/10/2022 | 4/20/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 123 | JPB Todt Hill Medical Care, P.C. | 8703197290000001 | NF-3 Bill Form / HCFA 1500 Form | 5/10/2022 | 4/20/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $350.20 |
| 124 | JPB Todt Hill Medical Care, P.C. | 0535174840101016 | NF-3 Bill Form / HCFA 1500 Form | 5/16/2022 | 4/25/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 125 | JPB Todt Hill Medical Care, P.C. | 0535174840101016 | NF-3 Bill Form / HCFA 1500 Form | 5/16/2022 | 4/25/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 126 | JPB Todt Hill Medical Care, P.C. | 0655011620101022 | NF-3 Bill Form / HCFA 1500 Form | 5/16/2022 | 4/27/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |

Government Employees Insurance Co., et al v. Jean-Pierre Barakat, M.D., et al.
**Exhibit "3" Representative Sample of JPB Todt Hill Medical Care, P.C. Fraudulent Claims**

| RICO Event | Provider Name | Claim Number | Document Mailed | Approximate Date of Mailing | Service Provided Date | CPT Code | Description of Service | Charge |
|---|---|---|---|---|---|---|---|---|
| 127 | JPB Todt Hill Medical Care, P.C. | 0655011620101022 | NF-3 Bill Form / HCFA 1500 Form | 5/16/2022 | 4/27/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 128 | JPB Todt Hill Medical Care, P.C. | 0655011620101022 | NF-3 Bill Form / HCFA 1500 Form | 5/16/2022 | 4/27/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $350.20 |
| 129 | JPB Todt Hill Medical Care, P.C. | 0683959860000002 | NF-3 Bill Form / HCFA 1500 Form | 5/16/2022 | 4/27/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 130 | JPB Todt Hill Medical Care, P.C. | 0683959860000002 | NF-3 Bill Form / HCFA 1500 Form | 5/16/2022 | 4/27/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 131 | JPB Todt Hill Medical Care, P.C. | 0683959860000002 | NF-3 Bill Form / HCFA 1500 Form | 5/16/2022 | 4/27/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $350.20 |
| 132 | JPB Todt Hill Medical Care, P.C. | 0284053230101083 | NF-3 Bill Form / HCFA 1500 Form | 5/16/2022 | 4/27/2022 | 99241 | Office consultation new/estab patient 15 min | $152.88 |
| 133 | JPB Todt Hill Medical Care, P.C. | 0284053230101083 | NF-3 Bill Form / HCFA 1500 Form | 5/16/2022 | 4/27/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 134 | JPB Todt Hill Medical Care, P.C. | 0284053230101083 | NF-3 Bill Form / HCFA 1500 Form | 5/16/2022 | 4/27/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $350.20 |
| 135 | JPB Todt Hill Medical Care, P.C. | 0339295020101169 | NF-3 Bill Form / HCFA 1500 Form | 5/16/2022 | 4/25/2022 | 99241 | Office consultation new/estab patient 15 min | $152.88 |
| 136 | JPB Todt Hill Medical Care, P.C. | 0339295020101169 | NF-3 Bill Form / HCFA 1500 Form | 5/16/2022 | 4/25/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 137 | JPB Todt Hill Medical Care, P.C. | 0339295020101169 | NF-3 Bill Form / HCFA 1500 Form | 5/16/2022 | 4/25/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $350.20 |
| 138 | JPB Todt Hill Medical Care, P.C. | 0676735790000001 | NF-3 Bill Form / HCFA 1500 Form | 5/16/2022 | 4/27/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 139 | JPB Todt Hill Medical Care, P.C. | 0676735790000001 | NF-3 Bill Form / HCFA 1500 Form | 5/16/2022 | 4/27/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 140 | JPB Todt Hill Medical Care, P.C. | 0676735790000001 | NF-3 Bill Form / HCFA 1500 Form | 5/16/2022 | 4/27/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $350.20 |
| 141 | JPB Todt Hill Medical Care, P.C. | 8719936860000001 | NF-3 Bill Form / HCFA 1500 Form | 5/16/2022 | 4/27/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 142 | JPB Todt Hill Medical Care, P.C. | 8719936860000001 | NF-3 Bill Form / HCFA 1500 Form | 5/16/2022 | 4/27/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 143 | JPB Todt Hill Medical Care, P.C. | 8719936860000001 | NF-3 Bill Form / HCFA 1500 Form | 5/16/2022 | 4/27/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $350.20 |
| 144 | JPB Todt Hill Medical Care, P.C. | 0472551920101039 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/6/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 145 | JPB Todt Hill Medical Care, P.C. | 0472551920101039 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/6/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 146 | JPB Todt Hill Medical Care, P.C. | 0472551920101039 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/6/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $350.20 |
| 147 | JPB Todt Hill Medical Care, P.C. | 0461983180101017 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/20/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 148 | JPB Todt Hill Medical Care, P.C. | 0461983180101017 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/20/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 149 | JPB Todt Hill Medical Care, P.C. | 0461983180101017 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/20/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $350.20 |
| 150 | JPB Todt Hill Medical Care, P.C. | 0535174840101016 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/18/2022 | 99241 | Office consultation new/estab patient 15 min | $152.88 |
| 151 | JPB Todt Hill Medical Care, P.C. | 0535174840101016 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/18/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 152 | JPB Todt Hill Medical Care, P.C. | 0535174840101016 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/18/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $350.20 |
| 153 | JPB Todt Hill Medical Care, P.C. | 0281375690101193 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/6/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 154 | JPB Todt Hill Medical Care, P.C. | 0281375690101193 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/6/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 155 | JPB Todt Hill Medical Care, P.C. | 0281375690101193 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/6/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $350.20 |
| 156 | JPB Todt Hill Medical Care, P.C. | 0461983180101017 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/6/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 157 | JPB Todt Hill Medical Care, P.C. | 0461983180101017 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/6/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 158 | JPB Todt Hill Medical Care, P.C. | 0461983180101017 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/6/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $350.20 |
| 159 | JPB Todt Hill Medical Care, P.C. | 0459098780101011 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/12/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 160 | JPB Todt Hill Medical Care, P.C. | 0459098780101011 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/12/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 161 | JPB Todt Hill Medical Care, P.C. | 0459098780101011 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/12/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $350.20 |
| 162 | JPB Todt Hill Medical Care, P.C. | 0678807450000001 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/7/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 163 | JPB Todt Hill Medical Care, P.C. | 0678807450000001 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/7/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 164 | JPB Todt Hill Medical Care, P.C. | 8703197290000001 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/13/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 165 | JPB Todt Hill Medical Care, P.C. | 8703197290000001 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/13/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 166 | JPB Todt Hill Medical Care, P.C. | 8703197290000001 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/13/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $350.20 |
| 167 | JPB Todt Hill Medical Care, P.C. | 8717378130000001 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/18/2022 | 99241 | Office consultation new/estab patient 15 min | $152.88 |
| 168 | JPB Todt Hill Medical Care, P.C. | 8717378130000001 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/18/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |

Government Employees Insurance Co., et al v. Jean-Pierre Barakat, M.D., et al.
**Exhibit "3" Representative Sample of JPB Todt Hill Medical Care, P.C. Fraudulent Claims**

| RICO Event | Provider Name | Claim Number | Document Mailed | Approximate Date of Mailing | Service Provided Date | CPT Code | Description of Service | Charge |
|---|---|---|---|---|---|---|---|---|
| 169 | JPB Todt Hill Medical Care, P.C. | 8717378130000001 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/18/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $350.20 |
| 170 | JPB Todt Hill Medical Care, P.C. | 0323423390000004 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 3/30/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 171 | JPB Todt Hill Medical Care, P.C. | 0323423390000004 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 3/30/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 172 | JPB Todt Hill Medical Care, P.C. | 0323423390000004 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 3/30/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $350.20 |
| 173 | JPB Todt Hill Medical Care, P.C. | 0296005960101072 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/13/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 174 | JPB Todt Hill Medical Care, P.C. | 0296005960101072 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/13/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 175 | JPB Todt Hill Medical Care, P.C. | 0296005960101072 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/13/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $350.20 |
| 176 | JPB Todt Hill Medical Care, P.C. | 0461983180101017 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/13/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 177 | JPB Todt Hill Medical Care, P.C. | 0461983180101017 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/13/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 178 | JPB Todt Hill Medical Care, P.C. | 0461983180101017 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/13/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $350.20 |
| 179 | JPB Todt Hill Medical Care, P.C. | 0676735790000001 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/6/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 180 | JPB Todt Hill Medical Care, P.C. | 0676735790000001 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/6/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 181 | JPB Todt Hill Medical Care, P.C. | 0676735790000001 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/6/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $350.20 |
| 182 | JPB Todt Hill Medical Care, P.C. | 8719936860000001 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/13/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 183 | JPB Todt Hill Medical Care, P.C. | 8719936860000001 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/13/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 184 | JPB Todt Hill Medical Care, P.C. | 8719936860000001 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/13/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $350.20 |
| 185 | JPB Todt Hill Medical Care, P.C. | 0459098780101011 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/5/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 186 | JPB Todt Hill Medical Care, P.C. | 0459098780101011 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/5/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 187 | JPB Todt Hill Medical Care, P.C. | 0459098780101011 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/5/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $350.20 |
| 188 | JPB Todt Hill Medical Care, P.C. | 0683959860000002 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/13/2022 | 99241 | Office consultation new/estab patient 15 min | $152.88 |
| 189 | JPB Todt Hill Medical Care, P.C. | 0683959860000002 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/13/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 190 | JPB Todt Hill Medical Care, P.C. | 0683959860000002 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/13/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $350.20 |
| 191 | JPB Todt Hill Medical Care, P.C. | 0282947370101048 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/6/2022 | 99241 | Office consultation new/estab patient 15 min | $152.88 |
| 192 | JPB Todt Hill Medical Care, P.C. | 0282947370101048 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/6/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 193 | JPB Todt Hill Medical Care, P.C. | 0282947370101048 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/6/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $350.20 |
| 194 | JPB Todt Hill Medical Care, P.C. | 0296005960101072 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 3/30/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 195 | JPB Todt Hill Medical Care, P.C. | 0296005960101072 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 3/30/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 196 | JPB Todt Hill Medical Care, P.C. | 0296005960101072 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 3/30/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $350.20 |
| 197 | JPB Todt Hill Medical Care, P.C. | 8723948490000001 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/20/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 198 | JPB Todt Hill Medical Care, P.C. | 8723948490000001 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/20/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 199 | JPB Todt Hill Medical Care, P.C. | 8723948490000001 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/20/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $350.20 |
| 200 | JPB Todt Hill Medical Care, P.C. | 0678807450000001 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 3/31/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 201 | JPB Todt Hill Medical Care, P.C. | 0678807450000001 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 3/31/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 202 | JPB Todt Hill Medical Care, P.C. | 0678807450000001 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/7/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 203 | JPB Todt Hill Medical Care, P.C. | 0678807450000001 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/7/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 204 | JPB Todt Hill Medical Care, P.C. | 8719936860000001 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/6/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 205 | JPB Todt Hill Medical Care, P.C. | 8719936860000001 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/6/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 206 | JPB Todt Hill Medical Care, P.C. | 0323423390000004 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/13/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 207 | JPB Todt Hill Medical Care, P.C. | 0323423390000004 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/13/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 208 | JPB Todt Hill Medical Care, P.C. | 0323423390000004 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/13/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $350.20 |
| 209 | JPB Todt Hill Medical Care, P.C. | 0613902020000002 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/14/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 210 | JPB Todt Hill Medical Care, P.C. | 0613902020000002 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/14/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |

Government Employees Insurance Co., et al v. Jean-Pierre Barakat, M.D., et al.
Exhibit "3" Representative Sample of JPB Todt Hill Medical Care, P.C. Fraudulent Claims

| RICO Event | Provider Name | Claim Number | Document Mailed | Approximate Date of Mailing | Service Provided Date | CPT Code | Description of Service | Charge |
|---|---|---|---|---|---|---|---|---|
| 211 | JPB Todt Hill Medical Care, P.C. | 0613902020000002 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/14/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $350.20 |
| 212 | JPB Todt Hill Medical Care, P.C. | 0281375690101193 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 3/30/2022 | 99241 | Office consultation new/estab patient 15 min | $152.88 |
| 213 | JPB Todt Hill Medical Care, P.C. | 0281375690101193 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 3/30/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 214 | JPB Todt Hill Medical Care, P.C. | 0281375690101193 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 3/30/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $350.20 |
| 215 | JPB Todt Hill Medical Care, P.C. | 8741472880000001 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/18/2022 | 99241 | Office consultation new/estab patient 15 min | $152.88 |
| 216 | JPB Todt Hill Medical Care, P.C. | 8741472880000001 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/18/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 217 | JPB Todt Hill Medical Care, P.C. | 8741472880000001 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/18/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $350.20 |
| 218 | JPB Todt Hill Medical Care, P.C. | 0655011620101022 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/20/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 219 | JPB Todt Hill Medical Care, P.C. | 0655011620101022 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/20/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 220 | JPB Todt Hill Medical Care, P.C. | 0655011620101022 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/20/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $350.20 |
| 221 | JPB Todt Hill Medical Care, P.C. | 0323423390000004 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/20/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 222 | JPB Todt Hill Medical Care, P.C. | 0323423390000004 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/20/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 223 | JPB Todt Hill Medical Care, P.C. | 0323423390000004 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/20/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $350.20 |
| 224 | JPB Todt Hill Medical Care, P.C. | 0296005960101072 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/20/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 225 | JPB Todt Hill Medical Care, P.C. | 0296005960101072 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/20/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 226 | JPB Todt Hill Medical Care, P.C. | 0296005960101072 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/20/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $350.20 |
| 227 | JPB Todt Hill Medical Care, P.C. | 0472551920101039 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/20/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 228 | JPB Todt Hill Medical Care, P.C. | 0472551920101039 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/20/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 229 | JPB Todt Hill Medical Care, P.C. | 0472551920101039 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/20/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $350.20 |
| 230 | JPB Todt Hill Medical Care, P.C. | 0472551920101039 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 3/30/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 231 | JPB Todt Hill Medical Care, P.C. | 0472551920101039 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 3/30/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 232 | JPB Todt Hill Medical Care, P.C. | 0472551920101039 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 3/30/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $350.20 |
| 233 | JPB Todt Hill Medical Care, P.C. | 0804266910000001 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/20/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 234 | JPB Todt Hill Medical Care, P.C. | 0804266910000001 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/20/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 235 | JPB Todt Hill Medical Care, P.C. | 0804266910000001 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/20/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $350.20 |
| 236 | JPB Todt Hill Medical Care, P.C. | 0340750650101061 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/13/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 237 | JPB Todt Hill Medical Care, P.C. | 0340750650101061 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/13/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 238 | JPB Todt Hill Medical Care, P.C. | 0340750650101061 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/13/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $350.20 |
| 239 | JPB Todt Hill Medical Care, P.C. | 0523851240000001 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 3/30/2022 | 99241 | Office consultation new/estab patient 15 min | $152.88 |
| 240 | JPB Todt Hill Medical Care, P.C. | 0523851240000001 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 3/30/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 241 | JPB Todt Hill Medical Care, P.C. | 0523851240000001 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 3/30/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $350.20 |
| 242 | JPB Todt Hill Medical Care, P.C. | 0804266910000001 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 3/30/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 243 | JPB Todt Hill Medical Care, P.C. | 0804266910000001 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 3/30/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 244 | JPB Todt Hill Medical Care, P.C. | 0804266910000001 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 3/30/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $350.20 |
| 245 | JPB Todt Hill Medical Care, P.C. | 0400083200000001 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/13/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 246 | JPB Todt Hill Medical Care, P.C. | 0400083200000001 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/13/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 247 | JPB Todt Hill Medical Care, P.C. | 0400083200000001 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/13/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $350.20 |
| 248 | JPB Todt Hill Medical Care, P.C. | 0400083200000001 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 3/30/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 249 | JPB Todt Hill Medical Care, P.C. | 0400083200000001 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 3/30/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 250 | JPB Todt Hill Medical Care, P.C. | 0400083200000001 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 3/30/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $350.20 |
| 251 | JPB Todt Hill Medical Care, P.C. | 0340378500000001 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/19/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 252 | JPB Todt Hill Medical Care, P.C. | 0340378500000001 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/19/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |

**Government Employees Insurance Co., et al v. Jean-Pierre Barakat, M.D., et al.**
**Exhibit "3" Representative Sample of JPB Todt Hill Medical Care, P.C. Fraudulent Claims**

| RICO Event | Provider Name | Claim Number | Document Mailed | Approximate Date of Mailing | Service Provided Date | CPT Code | Description of Service | Charge |
|---|---|---|---|---|---|---|---|---|
| 253 | JPB Todt Hill Medical Care, P.C. | 0340378500000001 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/19/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $350.20 |
| 254 | JPB Todt Hill Medical Care, P.C. | 8703197290000001 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/20/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 255 | JPB Todt Hill Medical Care, P.C. | 8703197290000001 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/20/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 256 | JPB Todt Hill Medical Care, P.C. | 8703197290000001 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/20/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $350.20 |
| 257 | JPB Todt Hill Medical Care, P.C. | 8703197290000001 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/6/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 258 | JPB Todt Hill Medical Care, P.C. | 8703197290000001 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/6/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 259 | JPB Todt Hill Medical Care, P.C. | 8703197290000001 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/6/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $350.20 |
| 260 | JPB Todt Hill Medical Care, P.C. | 0400083200000001 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/20/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 261 | JPB Todt Hill Medical Care, P.C. | 0400083200000001 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/20/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 262 | JPB Todt Hill Medical Care, P.C. | 0400083200000001 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 4/20/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $350.20 |
| 263 | JPB Todt Hill Medical Care, P.C. | 8703197290000001 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 3/30/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 264 | JPB Todt Hill Medical Care, P.C. | 8703197290000001 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 3/30/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 265 | JPB Todt Hill Medical Care, P.C. | 8703197290000001 | NF-3 Bill Form / HCFA 1500 Form | 5/2/2022 | 3/30/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $350.20 |
| 266 | JPB Todt Hill Medical Care, P.C. | 0400083200000001 | NF-3 Bill Form / HCFA 1500 Form | 5/3/2022 | 4/6/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 267 | JPB Todt Hill Medical Care, P.C. | 0400083200000001 | NF-3 Bill Form / HCFA 1500 Form | 5/3/2022 | 4/6/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 268 | JPB Todt Hill Medical Care, P.C. | 0400083200000001 | NF-3 Bill Form / HCFA 1500 Form | 5/3/2022 | 4/6/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $350.20 |
| 269 | JPB Todt Hill Medical Care, P.C. | 0678807450000001 | NF-3 Bill Form / HCFA 1500 Form | 5/3/2022 | 3/31/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 270 | JPB Todt Hill Medical Care, P.C. | 0678807450000001 | NF-3 Bill Form / HCFA 1500 Form | 5/3/2022 | 3/31/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 271 | JPB Todt Hill Medical Care, P.C. | 0340378500000001 | NF-3 Bill Form / HCFA 1500 Form | 5/5/2022 | 4/19/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 272 | JPB Todt Hill Medical Care, P.C. | 0340378500000001 | NF-3 Bill Form / HCFA 1500 Form | 5/5/2022 | 4/19/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 273 | JPB Todt Hill Medical Care, P.C. | 0340378500000001 | NF-3 Bill Form / HCFA 1500 Form | 5/5/2022 | 4/19/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $350.20 |
| 274 | JPB Todt Hill Medical Care, P.C. | 0323423390000004 | NF-3 Bill Form / HCFA 1500 Form | 5/6/2022 | 4/20/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 275 | JPB Todt Hill Medical Care, P.C. | 0323423390000004 | NF-3 Bill Form / HCFA 1500 Form | 5/6/2022 | 4/20/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 276 | JPB Todt Hill Medical Care, P.C. | 0323423390000004 | NF-3 Bill Form / HCFA 1500 Form | 5/6/2022 | 4/20/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $350.20 |
| 277 | JPB Todt Hill Medical Care, P.C. | 0461983180101017 | NF-3 Bill Form / HCFA 1500 Form | 5/6/2022 | 4/20/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 278 | JPB Todt Hill Medical Care, P.C. | 0461983180101017 | NF-3 Bill Form / HCFA 1500 Form | 5/6/2022 | 4/20/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 279 | JPB Todt Hill Medical Care, P.C. | 0461983180101017 | NF-3 Bill Form / HCFA 1500 Form | 5/6/2022 | 4/20/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $350.20 |
| 280 | JPB Todt Hill Medical Care, P.C. | 0340378500000001 | NF-3 Bill Form / HCFA 1500 Form | 5/6/2022 | 4/19/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 281 | JPB Todt Hill Medical Care, P.C. | 0340378500000001 | NF-3 Bill Form / HCFA 1500 Form | 5/6/2022 | 4/19/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $350.20 |
| 282 | JPB Todt Hill Medical Care, P.C. | 0340378500000001 | NF-3 Bill Form / HCFA 1500 Form | 5/6/2022 | 4/19/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 283 | JPB Todt Hill Medical Care, P.C. | 0655402630000001 | NF-3 Bill Form / HCFA 1500 Form | 5/9/2022 | 4/25/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 284 | JPB Todt Hill Medical Care, P.C. | 0655402630000001 | NF-3 Bill Form / HCFA 1500 Form | 5/9/2022 | 4/25/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 285 | JPB Todt Hill Medical Care, P.C. | 0655402630000001 | NF-3 Bill Form / HCFA 1500 Form | 5/9/2022 | 4/25/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $350.20 |
| 286 | JPB Todt Hill Medical Care, P.C. | 0534150080101056 | NF-3 Bill Form / HCFA 1500 Form | 5/9/2022 | 4/22/2022 | 99241 | Office consultation new/estab patient 15 min | $152.88 |
| 287 | JPB Todt Hill Medical Care, P.C. | 0534150080101056 | NF-3 Bill Form / HCFA 1500 Form | 5/9/2022 | 4/22/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 288 | JPB Todt Hill Medical Care, P.C. | 0534150080101056 | NF-3 Bill Form / HCFA 1500 Form | 5/9/2022 | 4/22/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $350.20 |
| 289 | JPB Todt Hill Medical Care, P.C. | 0340378500000001 | NF-3 Bill Form / HCFA 1500 Form | 5/9/2022 | 4/25/2022 | 99212 | Office/outpatient established sf mdm 10-19 min | $68.82 |
| 290 | JPB Todt Hill Medical Care, P.C. | 0340378500000001 | NF-3 Bill Form / HCFA 1500 Form | 5/9/2022 | 4/25/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $700.39 |
| 291 | JPB Todt Hill Medical Care, P.C. | 0340378500000001 | NF-3 Bill Form / HCFA 1500 Form | 5/9/2022 | 4/25/2022 | 0101T | Extracorporeal shock wave muscskel sys nos | $350.20 |