# EXHIBIT "1"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY, GEICO
GENERAL INSURANCE COMPANY and GEICO
CASUALTY COMPANY,

      Plaintiffs,                                                  Docket No.: 1:22-cv-07532-NGG-RML

        -against-

JEAN-PIERRE BARAKAT, M.D., DR. JEAN PIERRE
BARAKAT, M.D. (A Sole Proprietorship), PATRIOT
MEDICAL CARE, P.C., JPB TODT HILL MEDICAL
CARE, P.C., and JOHN DOE DEFENDANTS "1"
through "10",

      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## [PROPOSED] REVISED SCHEDULING ORDER

Upon consideration of the joint application from Plaintiffs Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company (collectively "Plaintiffs") and Defendants Jean-Pierre Barakat, M.D., Dr. Jean Pierre Barakat, M.D. (A Sole Proprietorship), Patriot Medical Care, P.C., JPB Todt Hill Medical Care, P.C. (the "Defendants"), it is hereby **ORDERED** as follows:

    (i)    the deadline to complete fact discovery be extended from January 22, 2024 to May 21, 2024;

    (ii)    the deadline for service of Plaintiffs' expert reports be extended March 22, 2024 to July 22, 2024;

    (iii)    the deadline for service of Defendants' expert reports be extended from April 22, 2024 to August 20, 2024;

    (iv)    the deadline to complete expert discovery be extended from June 22, 2024 to October 22, 2024; and

     (v)     the deadline to file contemplated dispositive motions be extended from August 22, 2024 to December 20, 2024.

**S O   O R D E R E D:**

_____
Robert M. Levy, U.S. Magistrate Judge
Brooklyn, New York

_____, 2024